UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**NANCY GREEN,**

        Plaintiff,

   -vs-

                                  Case No. 13-C-1218

**CAROLYN COLVIN, Acting Commissioner
of the Social Security Administration,**

        Defendant.

## DECISION AND ORDER

      This matter comes before the Court on Nancy Green's motion for leave to proceed in forma pauperis on appeal from the denial of her application for social security disability benefits. Green's petition demonstrates an inability to pay the costs associated with this lawsuit, and the complaint reveals an actionable claim for relief. 28 U.S.C. § 1915.

      Therefore, Green's motion [ECF No. 2] is **GRANTED**.

      Dated at Milwaukee, Wisconsin, this 4th day of November, 2013.

                                                **BY THE COURT:**

                                                */s/ Rudolph T. Randa*
                                                **HON. RUDOLPH T. RANDA**
                                                **U.S. District Judge**